(118 So. 232)
### Reuben F. STEPHENS v. STATE.
(3 Div. 858.)

Supreme Court of Alabama.   Oct. 4, 1928.

Thos. E. Martin and Rushton, Crenshaw & Rushton, all of Montgomery, for petitioner.
Charlie C. McCall, Atty. Gen., for the State.

FOSTER, J.   Petition of Reuben F. Stephens for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Stephens v. State, 22 Ala. App. 533, 118 So. 231.
Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.

(118 So. 239)
### Joseph Trenton SHARP v. STATE.
(8 Div. 49.)

Supreme Court of Alabama.   Oct. 4, 1928.

Charlie C. McCall, Atty. Gen., and Thos. E. Knight, Jr., Asst. Atty. Gen., for petitioner.
R. E. Smith, of Huntsville, opposed.

PER CURIAM.   Petition of the State of Alabama for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Joseph Trenton Sharp v. State, 22 Ala. App. 562, 118 So. 238.
Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.

(118 So. 242)
### George HAM v. STATE.   (7 Div. 838.)

Supreme Court of Alabama.   Oct. 4, 1928.

Merrill & Field, of Anniston, for petitioner.
Charlie C. McCall, Atty. Gen., for the State.

BOULDIN, J.   Petition of George Ham for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Ham v. State, 22 Ala. App. 582, 118 So. 241.
Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.

(118 So. 237)
### Henry CLIFTON v. STATE.   (5 Div. 6.)

Supreme Court of Alabama.   Oct. 4, 1928.

Merrill & Field, of Anniston, and Arthur B. Chilton, of Montgomery, for petitioner.
Richard T. Rives, Sp. Asst. Atty. Gen., for the State.

FOSTER, J.   Petition of Henry Clifton for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Clifton v. State, 22 Ala. App. 559, 118 So. 235.
Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.